J. A. WALSH & COMPANY, INCORPORATED v. R. B. BUTLER, INCORPORATED.

No. A-4381.  Decided November 18, 1953.
(262 S.W. 2d Series 952)

*Andrews, Kurth, Campbell & Bradley and Hall E. Timanus,* all of Houston, for petitioner.

*Coulter Hoppess,* Bryan, for respondent.

PER CURIAM.

The application for writ of error filed pursuant to Acts 1953, 53rd Leg., p. 1026, ch. 424, to review a judgment rendered on a plea of privilege, is dismissed for want of jurisdiction on the ground that no true conflict is shown between the decision of the Court of Civil Appeals and other decisions of Courts of Civil Appeals or of the Supreme Court.

Opinion delivered November 18, 1953.